UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MR. KENDRICK FELTON SHORTS                    CIVIL ACTION

VERSUS                                        NUMBER: 10-01696

DELI, BAKERY,                                 SECTION: "N"(5)
RESTAURANT EMPLOYED

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is dismissed without prejudice.

New Orleans, Louisiana, this 13th day of July, 2010.

UNITED STATES DISTRICT JUDGE